**EXHIBIT B**

## RIDER FOR 1 and 4 WEST RED OAK LANE

Agreement between Superior Maintenance and SEIU Local 32BJ for employees working at 1 and 4 West Red Oak Lane in White Plains, NY. The 2001 Hudson Valley Contractors Agreement shall be in effect as of March 1, 2004 except as modified below:

### WAGES

The minimum hourly wage rates shall be as follows:

| Classification | 3-1-04 | 12-1-04 | 12-1-05 | 12-1-06 | 12-1-07 |
|---|---|---|---|---|---|
| Full-time | $8.50 | $9.20 | $10.00 | $10.75 | scale in successor contract |
| Part-time | $7.00 | $7.75 | $8.75 | $9.75 | scale in successor contract |

All employees shall receive a .35 per hour increase on January 1, 2004 or the rate, whichever shall result in the greater rate of pay. All employees shall receive a .35 per hour increase on December 1, 2004 or the rate, whichever shall result in the greater rate of pay.

### SICK DAYS

Effective January 1, 2004 part-time employees shall receive 4 paid sick days per year and full-time employees shall receive 5 paid sick days per year.

Effective January 1, 2005 part-time employees shall receive 5 paid sick days per year and full-time employees shall receive 6 paid sick days per year.

Effective December 1, 2007 part-time employees shall receive paid sick days in accordance with the successor agreement to the 2001 Hudson Valley Contractor's Agreement.

### LEGAL FUND

Effective December 1, 2004 the employer shall contribute $223.60 per year to the SEIU Local 32BJ Group Prepaid Legal Fund for each regular full-time and part-time employee.

### TRAINING FUND

Effective December 1, 2005 the employer shall make contributions to the SEIU Local 32BJ Thomas Shortman Training Fund for each regular full-time and part-time employee in accordance with the terms of the successor agreement to the 2001 Hudson Valley Contractor's Agreement.

For SEIU Local 32BJ: _[signature]_

Date: 3/1/04

For Superior Maintenance: _[signature]_

Date: 2/24/04