**EXHIBIT C**

```
- - - - - - - - - - - - - - - - - - - - - - X
In the Matter of the Arbitration between
```

MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ,   **OPINION AND AWARD**
SERVICE EMPLOYEES INTERNATIONAL UNION     Case # 24414

              - and -

SUPERIOR MAINTENANCE

```
- - - - - - - - - - - - - - - - - - - - - - X
```

**APPEARANCES:**
For the Union:         Jessica Faige, Esq.
                       Associate General Counsel

For the Employer:

Employee:              Lazaro Benitez, Grievant
                       Adolfo Garcia, Grievant
                       Larissa Pakofsky, Translator

Premises:              1&4 West Red Oak Lane

```
- - - - - - - - - - - - - - - - - - - - -
```

    A dispute having arisen between SUPERIOR MAINTENANCE (hereinafter referred to as the "Employer"), and Local 32BJ, Service Employees International Union (hereinafter referred to as the "Union"), concerning 1 & 4 West Red Oak Lane, the same was submitted to the undersigned for Arbitration and Award pursuant to the pertinent provisions of the then current Collective Bargaining Agreement between the parties at a hearing scheduled for February 21, 2007.

    In a letter to the Office of the Contract Arbitrator dated

1

January 19, 2007, the Union alleged the following complaint and the same was by mutual consent of the parties submitted to the Undersigned for adjudication and Award.

> "The employer violated Article 29 (Wages) of the 2004 Hudson Valley Contractors Agreement by failing to implement the $1.00 per hour wage increases that were effective December 1, 2005 and December 1, 2006. Also, the employer has failed to pay all accrued vacation pay for 2004, 2005 and 2006.
>
> We are claiming that the employer correct the wage rates of all building service workers retroactively from December 1, 2005 and pay all vacation pay for 2004, 2005 and 2006."

Both parties were duly notified, the Company via certified mail, return receipt requested, that a hearing will be held regarding the above matter on February 21, 2007 at 1:15 pm.

Superior Maintenance signed a Rider for 1 and 4 West Red Oak Lane, White Plains, NY on February 24, 2004, listing the classification of hourly wages at the location.

The Union brought forth 2 employees at the location who testified that they received below the contractually stated rates of pay for the years 2005 and 2006.

The issue before the arbitrator is, "Did Superior Maintenance violate the collective bargaining agreement regarding Adolfo Garcia, Lazaro Benitez, et al, and if so, what

2

shall be the remedy?"

The above 2 employees and others similarly situated were employed at the above location.

Adolfo Garcia and Lazaro Benitez testified that Superior Maintenance paid them below the contractually agreed to hourly wage rate and that the 2005 and 2006 accrued vacation was incorrect and not paid.

Enclosed is the Rider (Union Exh.4), and a schedule listing the monies due the employees at the above location.

The payments are due within 7 days from date of receipt of this Award.

The Arbitrator is retaining jurisdiction in this matter.

Dated: March 29, 2007

*BERNARD YOUNG*
Contract Arbitrator

STATE OF NEW YORK:
               SS:
COUNTY OF NEW YORK:

I hereby affirm pursuant to CPLR Sec. 7507 that I am the individual described in and who executed this instrument which is my Award.

DATE: March 29, 2007

*BERNARD YOUNG*
Contract Arbitrator

3

## RIDER FOR 1 and 4 WEST RED OAK LANE

Agreement between Superior Maintenance and SEIU Local 32BJ for employees working at 1 and 4 West Red Oak Lane in White Plains, NY. The 2001 Hudson Valley Contractors Agreement shall be in effect as of March 1, 2004 except as modified below:

### WAGES

The minimum hourly wage rates shall be as follows:

| Classification | 3-1-04 | 12-1-04 | 12-1-05 | 12-1-06 | 12-1-07 |
|---|---|---|---|---|---|
| Full-time | $8.50 | $9.20 | $10.00 | $10.75 | scale in successor contract |
| Part-time | $7.00 | $7.75 | $8.75 | $9.75 | scale in successor contract |

All employees shall receive a .35 per hour increase on January 1, 2004 or the rate, whichever shall result in the greater rate of pay. All employees shall receive a .35 per hour increase on December 1, 2004 or the rate, whichever shall result in the greater rate of pay.

### SICK DAYS

Effective January 1, 2004 part-time employees shall receive 4 paid sick days per year and full-time employees shall receive 5 paid sick days per year.

Effective January 1, 2005 part-time employees shall receive 5 paid sick days per year and full-time employees shall receive 6 paid sick days per year.

Effective December 1, 2007 part-time employees shall receive paid sick days in accordance with the successor agreement to the 2001 Hudson Valley Contractor's Agreement.

### LEGAL FUND

Effective December 1, 2004 the employer shall contribute $223.60 per year to the SEIU Local 32BJ Group Prepaid Legal Fund for each regular full-time and part-time employee.

### TRAINING FUND

Effective December 1, 2005 the employer shall make contributions to the SEIU Local 32BJ Thomas Shortman Training Fund for each regular full-time and part-time employee in accordance with the terms of the successor agreement to the 2001 Hudson Valley Contractor's Agreement.

For SEIU Local 32BJ:               For Superior Maintenance:

_____           _____

3/1/04                             2/24/04
Date                               Date

## Retro Pay for 1&4 West Red Oak Line OCA #24414

### December 1, 2005 to November 30, 2006: Contractual Pay Rate $8.75 per hour

| Name | Month | Hours per Month | Total Hours 12/1/05-11/30/06 | Amount Owed Per Hour | Total Owed 12/1/05-11/30/06 | Notes |
|---|---|---|---|---|---|---|
| Adolfo Garcia | 12 | 86.7 | 1040 | $0.50 | $520.00 | Lead - paid $.50 more per hour; paid $8.75 since 12/1/05 |
| Alejandra Garcia | N/A | N/A | N/A | N/A | N/A | not hired until 12/1/06 |
| Evangelina Garcia | 12 | 86.7 | 1040 | $1.00 | $1,040.00 | |
| Guadalupe Garcia | 12 | 86.7 | 1040 | $1.00 | $1,040.00 | |
| Timoteo Gonzales | 12 | 86.7 | 1040 | $1.00 | $1,040.00 | |
| Nora Merio | 12 | 86.7 | 1040 | $1.00 | $1,040.00 | |
| Amanda Morelos | 12 | 86.7 | 1040 | $1.00 | $1,040.00 | |
| Jakeline Moreno | 12 | 86.7 | 1040 | $1.00 | $1,040.00 | |
| Pascual Vicuña | 12 | 86.7 | 1040 | $1.00 | $1,040.00 | |

### December 1, 2006 to February 28, 2007: Contractual Pay Rate $9.75 per hour

| Name | Month | Hours per Month | Total Hours 12/1/06-2/28/07 | Amount Owed Per Hour | Total Owed 12/1/06-2/28/07 | Notes |
|---|---|---|---|---|---|---|
| Adolfo Garcia | 3 | 86.7 | 260 | $1.50 | $390.00 | Lead - paid $.50 more per hour; paid $8.75 since 12/1/05 |
| Alejandra Garcia | 3 | 86.7 | 260 | $2.00 | $520.00 | not hired until 12/1/06 |
| Evangelina Garcia | 3 | 86.7 | 260 | $2.00 | $520.00 | |
| Guadalupe Garcia | 3 | 86.7 | 260 | $2.00 | $520.00 | |
| Timoteo Gonzales | 3 | 86.7 | 260 | $2.00 | $520.00 | |
| Nora Merio | 3 | 86.7 | 260 | | | |
| Amanda Morelos | N/A | N/A | N/A | N/A | N/A | 11/30/06 |
| Jakeline Moreno | 3 | 86.7 | 260 | $2.00 | $520.00 | |
| Pascual Vicuña | 3 | 86.7 | 260 | $2.00 | $520.00 | |

3/9/2007

## Accrued 2006 Vacation
## 1&4 West Red Oak Line OCA #24414

| Name | Date Of Hire | Hours Worked per Week | 2006 Vacation Entitlement | Hourly Rate | Money Owed | Notes |
|---|---|---|---|---|---|---|
| Adolfo Garcia | 8/1/1997 | 20 | 3 weeks (or 60 hours) | $9.25 | $555.00 | Lead - paid $.50 more per hour |
| Alejandra Garcia | 12/1/2006 | N/A | N/A | N/A | N/A | |
| Evangelina Garcia | 7/1/1998 | 20 | 3 weeks (or 60 hours) | $8.75 | $525.00 | |
| Guadalupe Garcia | 8/12/2004 | 20 | 2 weeks (or 40 hours) | $8.75 | $175.00 | |
| Tindeo Gonzales | 10/14/2002 | 20 | 2 weeks (or 40 hours) | $8.75 | $350.00 | |
| Nora Merlo | 3/24/2003 | 20 | 2 weeks (or 40 hours) | $8.75 | $350.00 | |
| Amanda Moretos | 9/22/2003 | 20 | 2 weeks (or 40 hours) | $8.75 | $350.00 | |
| Jakeline Moreno | 12/3/2005 | 20 | 1 week (or 20 hours) | N/A | N/A | |
| Pascual Vicuña | 12/20/1999 | 20 | 3 weeks (or 60 hours) | $8.75 | $525.00 | |

3/8/2007

Case 7:07-cv-08339-KMK    Document 1-4    Filed 09/25/2007    Page 8 of 8

**Accrued 2005 Vacation**
**1&4 West Red Oak Line OCA #24414**

| Name | Date Of Hire | Hours Worked per Week | 2005 Vacation Entitlement | Hourly Rate | Money Owed | Notes |
|---|---|---|---|---|---|---|
| Adolfo Garcia | 6/1/1997 | 20 | 3 weeks (or 60 hours) | $8.25 | $495.00 | Lead - paid $.50 more per hour |
| Alejandra Garcia | 12/10/2006 | N/A | N/A | N/A | N/A | |
| Evangelina Garcia | 7/1/1998 | 20 | 3 weeks (or 60 hours) | $7.75 | $465.00 | |
| Guadalupe Garcia | 8/12/2004 | 20 | 1 week (or 20 hours) | $7.75 | $155.00 | |
| Timoteo Gonzales | 10/14/2002 | 20 | 2 weeks (or 40 hours) | $7.75 | $310.00 | |
| Nora Merlo | 3/24/2003 | 20 | 2 weeks (or 40 hours) | $7.75 | $310.00 | |
| Amanda Morelos | 9/22/2003 | 20 | 2 weeks (or 40 hours) | $7.75 | $310.00 | |
| Jakeline Moreno | 12/25/2005 | N/A | N/A | N/A | N/A | |
| Pascual Vicuña | 12/20/1999 | 20 | 3 weeks (or 60 hours) | $7.75 | $465.00 | |

3/9/2007

04/10/2007 TUE 12:47 [TX/RX NO 8361] @007