Form 07 - CORPORATION
**LOCAL 32BJ SEIU**
**ATTN: LYLE ROWEN**
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY
-------------------------------------------------

SERVICE EMPLOYEES INTERNATIONAL     plaintiff
UNION, LOCAL 32BJ
            - against -

SUPERIOR MAINTENANCE, INC.          defendant

-------------------------------------------------

Index No. **07-CIV-8339**

Date Filed .............

Office No.

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**JEFFREY CAMPOLO**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29th** day of **October, 2007  at 11:25 AM.**, at
    **%RICHARD BROSS, PRES.1 WEST RED OAK LN**
    **WHITE PLAINS, NY 10604**

I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **SUPERIOR MAINTENANCE, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
    **"JANE" DICARO, MANAGING AGENT WHO REFUSED TRUE FIRST NAME**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **FEMALE**     COLOR: **WHITE**     HAIR: **BROWN**
    APP. AGE: **38**    APP. HT: **5:4**     APP. WT: **120**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
1st  day of November,     2007n
SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JEFFREY CAMPOLO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 732BJ77552