UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 32BJ,

                        Plaintiff,

-against-

SUPERIOR MAINTENANCE, INC.,

                        Defendant.

------------------------------------------------------------------------x

Case No.: 07-CV-8339

**RULE 7.1 STATEMENT**

SIRS:

      Pursuant to Rule 7.1 [formerly local general Rule 1.9] of the Local Rules of the United States District Court for the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

**NONE.**

Dated: White Plains, New York
       November 5, 2007

                                   Yours, etc.,
                                   TRIVELLA, FORTE & SMITH, LLP

                                   By: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
                                   Attorneys for the Defendant
                                   1311 Mamaroneck Avenue, Suite 170
                                   White Plains, New York 10605
                                   Telephone: (914) 949-9075
                                   Facsimile: (914) 949-4752

To:   Office of the General Counsel
      SEIU, Local 32BJ
      LYLE D. ROWEN, ESQ.
      Associate General Counsel
      SEIU, Local 32BJ
      Attorney for the Plaintiff
      101 Avenue of the Americas, 19th Floor
      New York, New York 10013
      Telephone: (212) 388-3452
      Facsimile: (212) 388-2062

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

MICHELLE SALERNO, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 15th day of November, I served the within RULE 7.1 STATEMENT in the action, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ v. SUPERIOR MAINTENANCE, INC. 07-CV-8339 upon:

LYLE D. ROWEN, ESQ.
101 Avenue of the Americas, 19th Floor
New York, New York 10013

by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
MICHELLE SALERNO

Sworn to before me this
15th day of November, 2007

_____
Notary Public
RAQUEL A. WILLIAMS
Notary Public, State of New York
No. 02WI6072574
Qualified in Westchester County
Commission Expires April 8, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on November 15th, 2007, I served the foregoing RULE 7.1 STATEMENT on Lyle D. Rowen, Esq., Attorney for the Plaintiff, by electronic mail, in the action, <u>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ v. SUPERIOR MAINTENANCE, INC. 07-CV-8339</u>.

TRIVELLA, FORTE & SMITH, LLP

By: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
Attorneys for the Defendant
1311 Mamaroneck Avenue
Suite 170
White Plains, New York 10605
Telephone: (914) 949-9075
Facsimile: (914) 949-4752