UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 32BJ,

        Plaintiff,

v.

SUPERIOR MAINTENANCE, INC.,

        Defendant.
-------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

07 CV 8339 (KK)

ECF Case

### STIPULATION OF DISMISSAL

Pursuant to a voluntary settlement reached between the parties, and under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Service Employees International Union, Local 32BJ and Defendant Superior Maintenance, Inc. hereby voluntarily dismiss this action in its entirety with prejudice against the Defendant.

Dated: July 28, 2008

Respectfully submitted:

SEIU, Local 32BJ

By: _____
    Lyle D. Rowen (LR6220)

Attorneys for the Plaintiff
Office of the General Counsel
SEIU, Local 32BJ
101 Avenue of the Americas, 19th Floor
New York, NY 10013
212-388-3452 (telephone)
212-388-2062 (facsimile)

Superior Maintenance, Inc.

By: _____
    Raquel A. Williams (RW4641)

Attorneys for the Defendant
Trivella, Forte & Smith, LLP
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
914-949-9075 (telephone)
914-949-4752 (facsimile)

So ORDERED:

_____
U.S.D.J.

DATED: 7/28/08